IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EMIL P. MILYAKOV,

Plaintiff,

v.

QUALITY LOAN SERVICE CORP, *et al.*,

Defendants.

/

No. C 17-06533 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: April 26, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE